IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAUL THOMAS, #182 955, | ) |
| Plaintiff, | ) ) ) |
| v. | )   CIVIL ACTION NO. 2:16-CV-450-WKW ) |
| RODERICK D. STALLWORTH, ALABAMA PAROLE OFFICER, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER ON MOTION

Upon consideration of Plaintiff's motion to serve summons and complaint and in light of the July 13, 2016, Recommendation of the Magistrate Judge (Doc. # 4), it is

ORDERED that the motion (Doc. # 5) is DENIED.

Done, this 28th day of July 2016.

      /s/ Wallace Capel, Jr.
UNITED STATES MAGISTRATE JUDGE