IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAUL THOMAS, # 182955, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:16-CV-450-WKW ) |
| RODERICK D. STALLWORTH, Alabama Parole Officer, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

On July 13, 2016, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED. It is further ORDERED that this case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

A separate final judgment will be entered.

DONE this 5th day of August, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE